## COMMONWEALTH *vs.* MARTIN T. GREEN.

Suffolk.   March 26. — 27, 1877.   LORD, J., absent.

At the trial of an indictment charging the robbery of "divers promissory notes current as money in said Commonwealth, of the amount and of the value of eighty-seven dollars, a more particular description of which is to the jurors unknown," the evidence was that the money taken was "three tens, eleven fives and one two," and was known so to be by the grand jury.   *Held,* that there was no variance.

INDICTMENT for robbery, from the person of George Burns, of "divers promissory notes current as money in said Commonwealth, of the amount and of the value of eighty-seven dollars, a more particular description of which is to the jurors unknown."

At the trial in the Superior Court, before *Bacon*, J., Burns testified: " The money taken from me was three tens, eleven fives, and one two ; and I so testified before the grand jury." Another witness for the government testified that Burns had described the money in the same manner prior to giving testimony before the grand jury.

The defendant requested the judge to rule that there was a fatal variance between the indictment and the evidence; but the judge declined so to rule.   The jury returned a verdict of guilty ; and the defendant alleged exceptions.

*C. E. Sweeney & J. W. O'Brien*, for the defendant.

*C. R. Train*, Attorney General, for the Commonwealth.

BY THE COURT.    This case is precisely like *Commonwealth* v. *Hussey*, 111 Mass. 432, and is governed by it.

*Exceptions overruled.*